**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOEL HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 13 C 2791 |
| | ) | |
| CITY OF PHOENIX and PHOENIX POLICE | ) | Hon. Judge John Z. Lee |
| OFFICER GRAY, Star #44, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED MOTION FOR JUDGMENT ON ATTORNEYS' FEES AND COSTS

NOW COME Plaintiff JOEL HENDERSON and Defendants VILLAGE OF PHOENIX and OFFICER GRAY, by their respective attorneys, and move this Court for an order granting their agreed motion for entry of judgment on attorneys' fees and costs. In support of this Motion, the parties state as follows:

1.     On November 19, 2013, the Clerk entered judgment in favor of Plaintiff and against Defendants in the amount of $47,000 plus reasonable attorneys' fees and costs in accordance with the terms of the Defendants' Rule 68 Offer of Judgment accepted by Plaintiff. Dkt. # 44 (Acceptance of Offer at Dkt. # 40.)

2.     Pursuant to the terms of the Offer of Judgment, Dkt. # 40, Exhibit 1, ¶ 1, Plaintiff is entitled to recover reasonable attorneys' fees and costs. The Parties have reached an agreement with respect to the attorneys' fees and costs in favor of Plaintiff and against Defendants in the amount of $43,023.45.

3.     The Parties respectfully request that the Court enter a Judgment Order in accord with the Parties' agreement. A draft Order is attached as Exhibit A.

1

WHEREFORE, Plaintiff Joel Henderson and Defendants Village of Phoenix and Officer Gray, respectfully request that this Court grant their motion and enter a Judgment Order pursuant to the Parties' agreement. The Parties further request any additional or other relief that this Court deems just, equitable or proper.


Respectfully Submitted,                          Respectfully Submitted,

JOEL HENDERSON                           CITY OF PHOENIX and
                                                      OFFICER GRAY,
By: /s/Jared S. Kosoglad                      By: /s/ Emily E. Schnidt
Jared S. Kosoglad                                 Emily E. Schnidt
Jared S. Kosoglad, , P.C.                       Purcell & Wardrope, Chtd.
118 S. Clinton St., Suite 200                  10 S. LaSalle St., Suite 1200
Chicago, IL 60661                               Chicago, IL 60603
(312) 513-6000                                    (312) 427-3900

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certify that on November 26, 2013, a copy of this Certificate of Service along with the attached pleading was served on counsel of record via the Court's electronic filing system.


s/ Jared Kosoglad
Jared Kosoglad
One of the Attorneys for Plaintiff